UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. DALY, et al.,<br><br>    Defendants. | Case No.  13-cv-04665-LHK   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 9, 2014, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff and Plaintiff's Counsel Yolanda Huang and Dennis Cunningham

    (  )  Warden or warden's representative

    (  )  Office of the California Attorney General

    ( X)  Other:  Defense Counsel Michael Wenzel and Talia Saypoff

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X)  The case has been completely settled.  A telephonic status conference is scheduled for November 18, 2014 at 1:00 pm.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1   ( ) The parties are unable to reach an agreement at this time.

2   **IT IS SO ORDERED.**

3   Dated: October 21, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge