Thomas F. Bertrand, SBN 056560
Michael C. Wenzel, SBN 215388
Bertrand, Fox & Elliot
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: mwenzel@bfesf.com

Attorneys for Defendants
DEPUTY DALY, CAPTAIN AYALA,
SHERIFF AHERN and ALAMEDA COUNTY

*IT IS SO ORDERED*
*Lucy H. Koh*
*Judge Lucy H. Koh*

KEENAN WILKINS aka
 NEERAH BROWN, AN2387
CSP-SAC
PO Box 290066
Represa, CA 95671
Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>S. DALY, et al.,<br><br>              Defendant. | Case No. 5:13-cv-04665-LHK<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by the parties hereto, through their respective undersigned counsel, that the above-captioned action be dismissed with prejudice in its entirety, each side to bear its own fees and costs, pursuant to FRCP 41(a)(i).

    **SO STIPULATED.**

Dated: December 9, 2014                BERTRAND, FOX & ELLIOT

                                       By: */s/ Michael C. Wenzel*
                                       Michael C. Wenzel
                                       Attorneys for Defendants
                                       DEPUTY DALY, CAPTAIN AYALA,
                                       SHERIFF AHERN and ALAMEDA COUNTY

Dated: Dec. 2, 2014                    KEENAN G. WILKINS


                                       By:    */s/ Yolanda Huang*
                                       Yolanda Huang
                                       Attorney In Fact for Plaintiff
                                       KEENAN WILKINS


IT IS SO ORDERED AND APPROVED AS OF THE 22nd DAY OF DECEMBER, 2014.

The Clerk shall close the case file.

Dated: 12/22/2014              BY: *Lucy H. Koh*
                               THE HON. LUCY H. KOH